IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KEVIN WAYNE PROVENCIO                                                              PLAINTIFF

v.                       Civil No. 07-5035

SHERIFF KEITH FERGUSON;
and CAPTAIN HUNTER PETRAY                                                      DEFENDANTS

# O R D E R

Plaintiff's complaint was filed in this case on February 23, 2007. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Kevin Wayne Provencio, complete and sign the attached addendum to his complaint, and return the same to the court **by April 16, 2007. Plaintiff is advised that should he fail to return the completed and executed addendum by April 16, 2007, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 14th day of March 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KEVIN WAYNE PROVENCIO                                                                           PLAINTIFF

v.                              Civil No. 07-5035

SHERIFF KEITH FERGUSON;
and CAPTAIN HUNTER PETRAY                                                              DEFENDANTS

### **ADDENDUM TO COMPLAINT**

TO: KEVIN WAYNE PROVENCIO

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by April 16, 2007.** Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

### **RESPONSE**

In your complaint, you allege you are being discriminated against because you are being housed in the sex offender pod. You indicate you are also being housed with convicted inmates. You state you were a "previous sex offender" but are not in the jail now on sex charges.

1. Provide the dates of your incarceration at the Benton County Detention Center (BCDC). (In answering, be specific).

Answer:

-2-

AO72A
(Rev. 8/82)

_____

_____

_____

_____

      2. Are you incarcerated at the BCDC solely because of pending criminal charges?

      Answer:  Yes _____ No _____.

      If you answered yes, please state what charges are pending against you.

_____

_____

_____

_____

      If you answered no, please state whether you are serving a sentence or if your probation, parole, or supervised release has been revoked.

_____

_____

_____

_____

      3.  You state you were a previous sex offender.  Were you previously convicted of some type of sex crime?

      Answer:  Yes _____ No _____.

If you answered yes, please state: (a) what crime you were convicted of; (b) when you were convicted; and (c) whether the conviction has been reversed, overturned, or otherwise held to be invalid.

_____

_____

_____

_____

_____

_____

If you answered no, please state what you meant when you said you were a "previous sex offender."

_____

_____

_____

_____

_____

_____

4. Please state: (a) who makes the housing assignments at the BCDC; (b) where you are housed; (c) how being housed in this pod differs from being housed in other pods; and (d) how you believe your rights are being violated by your being housed in this pod.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5. Was Sheriff Ferguson personally involved in determining where you should be housed?

Answer: Yes _____ No _____.

If you answered no, please explain why you believe he should be held liable for the decision about where to house you.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6. Please state: (a) if you receive three meals a day; (b) if you are allowed to send and receive mail; (c) if you have access to soap and water for hygiene purposes; (d) if you are allowed to shower on some type of regular basis; (e) if you are provided clean clothing; (f) if you are able to exercise; and (g) if you have access to medical care.

Answer:

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
KEVIN WAYNE PROVENCIO

_____
DATE

AO72A
(Rev. 8/82)