IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KEVIN WAYNE PROVENCIO                                                                           PLAINTIFF

v.                            Civil No. 07-5035

SHERIFF KEITH FERGUSON;
and CAPTAIN HUNTER PETRAY                                                              DEFENDANTS

**O R D E R**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **September 21, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 14th day of June 2007.

/s/ *J. Marschewski*
   HON. JAMES R. MARSCHEWSKI
   UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**