IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KEVIN WAYNE PROVENCIO                                          PLAINTIFF

        v.                          Civil No. 07-5035

SHERIFF KEITH FERGUSON;
and CAPTAIN HUNTER PETRAY                                     DEFENDANTS

**O R D E R**

Defendants filed a motion for summary judgment (Doc. 18).  To assist plaintiff in responding to the motion for summary judgment, the undersigned is propounding a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the motion for summary judgment.

For this reason, Kevin Wayne Provencio is hereby directed to complete, sign, and return the attached response to defendants' motion for summary judgment on or before **August 8, 2008**.  **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 14th day of July 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


KEVIN WAYNE PROVENCIO                                                        PLAINTIFF

       v.                                    Civil No. 07-5035

SHERIFF KEITH FERGUSON;
and CAPTAIN HUNTER PETRAY                                                    DEFENDANTS


## RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  KEVIN WAYNE PROVENCIO

These questions and answers will serve as your response to defendants' motion for summary judgment.  You may use additional sheets of paper in responding to these questions. You must file this response by **August 8, 2008.**

1.  On March 18, 2004, you plead guilty to two counts of sexual assault in the second degree–a class b felony.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 1.

_____

_____

_____

_____

2.  You were sentenced to a period of confinement of sixty days followed by probation for ten years with six months intensive supervision.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 2.

_____

_____

_____

_____

3. You were determined to be a sex offender and ordered to complete a sex offender registration form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 3.

_____

_____

_____

_____

4.  According to the judgment, you committed a target offense and were not eligible to have your records sealed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 2

_____

_____

-3-

_____

_____

5.  On August 25, 2006, you were booked into the Benton County Detention Center

(BCDC) on a theft of property charge.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

6.   When you were booked into the BCDC, you indicated you were a diabetic on the

medical intake questionnaire.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

7.   You were released from the BCDC on August 26th after securing a bail bond

from Lockhart Bail Bonding, Inc.

-4-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

3.

_____

_____

_____

_____

8.   On September 27th, an affidavit of probable cause was filed by Detective Andy

Lee of the Bentonville Police Department seeking a warrant for your arrest for delivery of a

controlled substance, manufacturing of a controlled substance with intent to deliver, and

possession of drug paraphernalia.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at pages

6-19.

_____

_____

_____

_____

9.   A warrant for your arrest was issued on September 27th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages

20-22.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

10.   You were booked into the BCDC on October 24, 2006, on charges of delivery of a controlled substance, manufacturing a controlled substance, possession with intent to deliver and use, and possession of drug paraphernalia.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

11.  On your October 24th medical intake questionnaire when asked if there was a history of TB, Hepatitis, Epilepsy, or Diabetes, you answered no.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

-6-

12.  On October 25th Detective Andy Lee submitted an affidavit of probable cause in which he noted you were a registered sex offender.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at pages 23-24.

_____

_____

_____

_____

13.  On October 26th Probation Officer Emily McCandless submitted an affidavit for revocation of probation.  She noted that you had been placed on ten years of state supervised probation on March 18, 2004, for the crime of sexual assault in the second degree.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at pages 6-7.

_____

_____

_____

_____

14. On October 26th a white warrant was issued for you based on the fact that there was reasonable grounds for believing you had violated the terms of your probation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-7-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 8.

_____

_____

_____

_____

15.  On October 27th you submitted a request to be placed on the public defender's list.  In response, you were added to the list the following day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

16. On October 27th you also asked to visit the law library.  In response, you were added to the list the following day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 2.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

17.  On October 27th you submitted a request stating you had been placed in PC because there was no room in 149.  You asked to be put in D pod.  You said you could not be locked down 23 hours a day.  You said it was getting to you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

18.  Why were you put in PC?  In answering, also state if PC stands for protective custody.

Answer:

_____

_____

_____

_____

19.  In response to your request, you were told you would stay where you were until there was room in D-149.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-9-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

20. On October 27th you asked to find out about your charges, the warrant for the search of your property, and the items that were taken from your house.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

21. In response, you were told to contact Investigator Lee at the Bentonville Police.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

22.  On October 31st you requested law library access.  You were given access on

November 6th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 5.

_____

_____

_____

_____

23.  On November 3rd you submitted a request stating that every since you had been

there you had been waiting to go to a normal cell.  You complained that you did not need to

be on lock down 23 hours a day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 6.

_____

_____

_____

_____

24.  In response you were told you were not on lock-down but on PC.  You were told

you would remain there until you could be moved into D-149.

-11-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 6.

_____

_____

_____

_____

25.  You requested medical care on November 6th and were seen by the nurse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

26.  On January 5, 2007, you were put on a diabetic diet and a night-time snack was authorized.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 4.

_____

_____

-12-

_____

_____

27.  On January 5, 2007, you were seen by Dr. John Huskins.  He noted you had

trouble with insomnia.  He examined you.  He noted a history of hypoglycemia and decided

they should monitor your sugars.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 5.

_____

_____

_____

_____

28.  On January 7, 2007, your diabetic diet was stopped but your night-time snack was

still authorized.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 6.

_____

_____

_____

_____

29.  On March 23, 2007, you were seen by Dr. Huskins for a rash on your face and

AO72A
(Rev. 8/82)

given Cortisone Cream.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 7.

_____

_____

_____

_____

30.  On April 27, 2007, you were seen by Dr. Huskins and he examined your toe where a toenail had pulled off.  He noted you had no infection.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 8.

_____

_____

_____

_____

31.  Please explain how PC differed from D-149.

Answer:

_____

_____

_____

-14-

_____

_____

_____

_____

_____

_____

_____

_____

_____

32.  When were you moved to D-149?

Answer:

_____

_____

_____

_____

_____

_____

_____

33.  On December 15, 2006, Deputy Clark was assigned to D-pod.  He was helping

Corporal Echols pass out toilet paper and feed breakfast.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-15-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at page 2.

_____

_____

_____

_____

34.  Echols instructed all inmates, including you, to get up, get dressed, make their bunks, and come out to the day-room.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at page 2.

_____

_____

_____

_____

35.  Echols advised all inmates they had ten minutes to get everything done or they would be locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at page 2.

_____

_____

-16-

_____

_____

36.  At 0515 or 5:15 a.m. Clark advised all inmates that they had plenty of time to get

everything done and they needed to get in the day-room.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at

page 2.

_____

_____

_____

_____

37.  At 0531 or 5:31 a.m., Clark noticed several doors had not been shut.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at

page 2.

_____

_____

_____

_____

38.  Echols called over the intercom and informed all inmates that Clark was getting

ready to come in there and lock-down all inmates that had doors open.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-17-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at page 2.

_____

_____

_____

_____

39.  At 0531 or 5:31 a.m, Clark walked into D-149 and informed all inmates with open doors, including you, that they were being locked down for disobeying the order of a deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at page 2.

_____

_____

_____

_____

40.  Clark completed cell inspections of all cells and pulled all the mats and returned to his duties.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at page 2.

_____

-18-

_____

_____

_____

41.  You were charged with a disciplinary violation of disobeying the order of a

deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at

page 1.

_____

_____

_____

_____

42.  You were given ten days lock down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at

page 1.

_____

_____

_____

_____

43.  You appealed and the decision was modified because you were getting your

things.

-19-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at

page 1.

_____

_____

_____

_____

44.  On December 22nd you submitted a request to be taken off turkey products

because of your religious beliefs.  Your request was denied.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 7.

_____

_____

_____

_____

45.  On December 27th you requested and were given a copy of your probable cause

affidavit.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 8.

_____

-20-

_____

_____

_____

46.  On January 19, 2007, you submitted a grievance complaining of an allergic

reaction to the soap and shampoo handed out.  You stated you talked to the nurse and she said

there was nothing she could do.  You asked if your family could bring you some soap.  In

response, Petray said he did not make medical decisions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 9.

_____

_____

_____

_____

47.  On February 1st you submitted a grievance asking why you were in the sex

offender pod when you were not in the jail on a sex crime.  You said it was discrimination.

In response, you were told you would remain on your current housing status.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 10.

_____

_____

-21-

_____

_____

48.  Please explain in detail how you believe you were discriminated against by your

housing assignment.  In doing so, indicate:  (a) what pod you were housed in; (b) whether all

inmates housed there were currently charged with sex crimes; and (c) how the conditions of

confinement there differed from those in other pods.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-22-

_____

_____

_____

_____

_____

49.  On February 2nd you submitted another request wanting to know why you were

housed in the sex offender pod.  In response, you were told you would remain where you

were.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 10.

_____

_____

_____

_____

50.  You submitted a second grievance on February 2nd.  You asked Lt. Carter why

you were housed in the sex offender pod when you were not charged with a sex crime.  You

also said you were housed with inmates who had already been sentenced.  In response, you

were told your question had already been answered.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 12.

-23-

_____

_____

_____

_____

51.  Had all the other inmates in your pod been sentenced?

Answer:  Yes _____ No _____.

If you answered no, please explain what you meant in your grievance when you said

you were housed with inmates who were already sentenced.

_____

_____

_____

_____

52.  On February 6th you submitted another grievance complaining about being

housed in the sex offender pod and stating you were going to contact an attorney.  In response

you were told to contact whoever you liked that your housing status would not be changed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 13.

_____

_____

_____

_____

-24-

53.  On either February 1st or February 7th you submitted a grievance stating that you had been threatened with bodily harm.  Please state:  (a) the date you submitted this grievance; (b) who threatened you; and (c) how they threatened you.  *See* Defendants' Exhibit 4 at page 14.

_____

_____

_____

_____

_____

_____

_____

_____

54.  On February 12, 2007, the court information sheet indicates you appeared in the Benton County Circuit Court on two counts of sexual assault charges.  Was this appearance on the revocation of probation petition?  *See Defendants' Exhibit* 2 at page 25.

Answer:  Yes _____ No _____.

If you answered no, please state if these were new sexual assault charges.

_____

_____

_____

_____

55.  On March 12th you submitted a grievance complaining that you did not receive

-25-

recreation over the weekend.  You asked if it was because you were sexual offenders.  You also asked why you always got the book cart last.  In response, Petray stated all inmates are treated equally.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 16.

_____

_____

_____

_____

56.  On March 15th you submitted a grievance.  You asked if all inmates were treated equally why not a single inmate in the sex offender pod was a trustee.  Petray responded that trustee status was a privilege not a right.  We make the trustees that we want.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 17.

_____

_____

_____

_____

57.  You were locked down on March 24th when Deputy Monroe noticed you "flip off" the door of D-149.

-26-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at page 3.

_____

_____

_____

_____

58.  You were charged with a disciplinary violation for making an obscene gesture and given ten days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at page 4.

_____

_____

_____

_____

59.  On March 25th you were locked down for fighting.  You were given thirty days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at page 5.

_____

-27-

_____

_____

_____

60.  You went to the Benton County Circuit Court on March 26th on the revocation charges and the case was reset to April 30th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 9.

_____

_____

_____

_____

61.  On March 30th Deputy Aberle found you and Inmate Thompson sleeping in the bunks in the public restroom and you were locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at page 6.

_____

_____

_____

_____

62.  On April 30th you were sentenced to 18 years in the ADC on the revocation

-28-

charges.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 10.

_____

_____

_____

_____

      63.  On May 17, 2007, you were sentenced to 12 years in the ADC for the drug charges.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 26.

_____

_____

_____

_____

      64.  On May 18, 2007, you complained there was no cold drinking water in the pod. Carter advised maintenance of the problem.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 18.

_____

_____

_____

_____

65.  What day were you transferred to the ADC?

Answer:

_____

_____

_____

_____

66.  Inmates who have been charged with, or convicted of, sex related crimes are often targets of violence within detention facilities based on the nature of the conviction or charges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

67.  The BCDC policy regarding classification states that "sex related offenders . . . may be separated immediately to protect the health and safety of all inmates."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-30-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 6 at page 1.

_____

_____

_____

_____

68.  You were classified as a sex related offender based on your previous sex related convictions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

69.  The classification was an attempt to protect the health and safety of inmates who may be targets of violence within the BCDC based on the nature of the conviction or charges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

70.  There is no record of an altercation between you and another inmate on February 27, 2007, resulting in an injury to you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

71.  You did not request medical treatment on February 27, 2007, or any day near that day for injuries received in an altercation with another inmate.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

72(A).  In your response to interrogatory seven, you admit that you did not receive any injuries as a result of the actions of defendants.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 7.

_____

_____

_____

_____

(B).  You indicate you were attacked by a fellow inmate but only he was injured.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 7.

_____

_____

_____

_____

(C).  Were you attacked because you were a sex offender?

Answer:  Yes _____ No _____.

If you answered no, please state why you were attacked.

_____

_____

_____

_____

Detail below any further response you would like to make to defendants' motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

-33-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

        I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

        EXECUTED ON THIS _____ DAY OF _____ 2008.


                    _____
                         KEVIN WAYNE PROVENCIO


-34-